# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Sausan E. Kassar<br>       Debtor | 14-17628 MDC<br><br>Chapter 13 Proceeding |
| WELLS FARGO BANK, N.A.<br>       Movant<br>v.<br>Sausan E. Kassar and<br>William C. Miller, Esquire<br>       Respondents | |

## ORDER

AND NOW, this 9th day of November, 2017, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 6340 Sherwood Road, Philadelphia, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

          BY THE COURT:

          *Magdeline D. Coleman*

          United States Bankruptcy Judge
          Magdeline D. Coleman

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Ronald G. McNeil, Esquire
Attorney for Debtor

Sausan E. Kassar
Debtor

William C. Miller, Esquire
Trustee